# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC, | CASE NO. CV 11-767-AGR |
| Plaintiff(s), | |
| v. | **INITIAL STANDING ORDER FOR CASES ASSIGNED TO MAGISTRATE JUDGE ALICIA G. ROSENBERG** |
| FARZIN FEIZBAKHSH, | |
| Defendant(s). | |

- Plaintiff(s) must promptly serve this Order on all Defendant(s), along with the Summons and Complaint.
- If this case was assigned to this Court after being removed from state court, the Defendant(s) who removed the case must serve this Order on all other parties.

This case has been assigned to the calendar of Magistrate Judge Alicia G. Rosenberg. To secure the just, speedy and inexpensive determination of this action, counsel are ordered to familiarize themselves with the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Local Rules of the Central District of California.

In an effort to provide further guidance to the parties, the Court notes the following:

1. **Court Hours**: Civil motions are heard on Tuesdays at 10:00 a.m., unless the Court orders otherwise.

2. **Location**: Magistrate Judge Rosenberg's courtroom is: Courtroom D, United States District Court, 312 North Spring Street, 8th Floor, Los Angeles, California 90012.

3. **Chambers Copies**: Chambers copies of e-filed documents are not required *unless* the document relates to an ex parte application, temporary restraining order (TRO) or an injunction, or unless the Court requests "mandatory chambers copies" in a particular case. If a mandatory chambers copy is required, a copy must be delivered to the drop box outside Chambers, Room 826 on the 8th Floor of the Spring Street Courthouse, no later than noon of the court day following the e-filing of the document. If a chambers copy is not required, please do not deliver one.

4. **Communications with the Court**: Counsel are not to initiate telephone calls to Chambers or the Magistrate Judge's law clerks. Counsel may access the Court's website (www.cacd.uscourts.gov) for Local Rules, filing procedures, judges' procedures and schedules, calendars, forms and Pacer access. Additional questions can be resolved by accessing the Western Division 24-hour automated calling system ((213) 894-1565) or the case docket. If counsel cannot find the desired information through these available resources, counsel may contact the Courtroom Deputy Clerk, Marine Pogosyan, by telephone at (213) 894-5419.

5. **Service of Pleadings**: Plaintiff must promptly serve the complaint and summons in accordance with Fed. R. Civ. P. 4 and file proof(s) of service within 10 days after service of the complaint. Local Rule 73-2.2.

6. **Temporary Restraining Orders, Injunctions and Other Emergency Applications**: Parties seeking emergency or provisional relief must comply with Fed. R. Civ. P. 65 and Local Rule 65. The Court generally will not rule on any application for such relief for at least 24 hours after service upon the opposing party, to permit the opposing party to file an opposition or response. The parties shall deliver a "mandatory chambers copy" of all

|   |   |   |
|---|---|---|
| 1 |   | papers relating to TROs, injunctions or other emergency relief to the drop box in the hall outside Chambers as soon as possible after filing, and no later than noon of the court day following the e-filing of the document(s). |
| 4 | **7.** | **Cases Removed From State Court**: All documents filed in state court, including documents appended to the complaint, answers and motions, must be refiled in this Court as a supplement to the Notice of Removal, if not already included. 28 U.S.C. § 1447(a)-(b). If a Defendant has not yet responded at the time the Notice of Removal was filed, that Defendant must file a response to the complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules. Any pending motions must be re-noticed in accordance with Local Rules 6 and 7. |
| 11 | **8.** | **Ex Parte Applications**: Ex parte applications are for extraordinary relief. *See Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488 (C.D. Cal. 1995). Applications must comply with Local Rule 7-19. Ex parte applications are generally considered on the papers and are rarely set for hearing. If a hearing is necessary, the parties will be notified. |
| 16 | **9.** | **Non-Discovery Motions**: Non-discovery motions shall be filed in accordance with Local Rules 6, 7, and 11, and General Order 08-02 (e-filing procedures). Opposition or reply papers due on a holiday or weekend day must be filed on the court day immediately preceding the holiday or weekend day. No supplemental briefs may be filed without leave of court. |
|   | a. | Unless otherwise ordered by the court, no memorandum of points and authorities filed in connection with any motion shall exceed 25 pages in length, excluding indices and exhibits. Local Rule 11-6. No reply brief shall exceed 10 pages. |
|   | b. | All evidence offered in support of or in opposition to a motion must be authenticated. Declarations must comply with 28 U.S.C. § 1746. Citations to declarations and affidavits must include specific paragraph numbers. Citations to excerpts from deposition transcripts must include specific page and line numbers. |

  c. The moving party shall submit a Proposed Order setting forth the relief sought. Proposed orders should be emailed to Chambers in conformity with General Order 08-02.

**10. Requests for Extensions of Time to File Documents or Continue Dates**: No stipulations extending scheduling requirements or modifying applicable rules are effective unless and until approved by the Court. Applications and stipulations must set forth:

  a. The existing due date or hearing date;

  b. Specific, concrete reasons supporting good cause for granting the extension. A statement that an extension "will promote settlement" is insufficient. The requesting party or parties must indicate the status of ongoing negotiations (*i.e.*, Have written proposals been exchanged? Is counsel reviewing a draft settlement agreement? Has a mediator been selected?); and

  c. Whether there have been prior requests for extensions, and whether these were granted or denied by the Court.

  For further information, refer to www.cacd.uscourts.gov > Judges' Procedures and Schedules > Hon. Alicia G. Rosenberg. The Court thanks counsel and the parties for their anticipated cooperation.

DATED: January 27, 2011

                */s/ Alicia G. Rosenberg*
                ALICIA G. ROSENBERG
                UNITED STATES MAGISTRATE JUDGE