UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>             Plaintiff,<br><br>  vs.<br><br>FARZIN FEIZBAKHSH, M.D. a.k.a. DR. FEIZ; THEODORE KHALILI, M.D. a.k.a. DR. TED KHALILI; and DOES 1 - 10, inclusive,<br><br>             Defendants. | CASE NO. CV11-00767 CAS (FFMx)<br><br>ORDER ON MOTIONS OF DEFENDANT FARZIN FEIZBAKHSH, M.D. TO DISMISS, FOR A MORE DEFINITE STATEMENT, TO STRIKE STATE LAW CLAIM, AND FOR ATTORNEY'S FEES IN THE AMOUNT OF $800.00 |

      The motions of defendant Farzin Feizbakhsh, M.D. to dismiss pursuant to Rule 12(b)(6), for a more definite statement pursuant to Rule 12(e), to strike state law claim pursuant to California Code of Civil Procedure §425.16, and for attorney's fees incurred in connection with the motion to strike came on for regularly notice hearing on May 2, 2011. Having duly considered the moving, opposing and reply papers, as well as the arguments of counsel, the Court hereby orders as follows:

      1) The motion to dismiss is granted without leave to amend as to the first cause of action;

      2) The motion to strike is granted as to the second cause of action;

      3) The motion for a more definite statement is taken off calendar as moot;

4) The motion to dismiss as to the second cause of action is taken off calendar as moot;

5) The Court awards the moving party $800.00 in attorney's fees as the reasonable cost associated with bringing the motion to strike under Code of Civil Procedure §425.16 (c)(2).

IT IS SO ORDERED.

DATED:

By:_____
Christina A. Snyder
United States District Judge

I:\WP\01606561\PLD-order on pleading motions.WPD