**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

KEITH G. WILEMAN, State Bar No. 111225
kwileman@veatchfirm.com

Attorneys for Defendant,
FARZIN FEIZBAKHSH, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FARZIN FEIZBAKHSH, M.D. a.k.a. DR. FEIZ; THEODORE KHALILI, M.D. a.k.a. DR. TED KHALILI; and DOES 1 - 10, inclusive, <br><br> Defendants. | CASE NO. CV11-00767 CAS (FFMx) <br><br> STIPULATION TO DISMISS THIRD CAUSE OF ACTION WITHOUT PREJUDICE <br><br> [ORDER SUBMITTED HEREWITH] |

TO THE COURT:

IT IS HEREBY STIPULATED, by and between plaintiff 1 800 GET THIN, LLC and defendant FARZIN FEIZBAKHSH, M.D. that the Third Cause of Action for Unfair Business Practices be dismissed without prejudice, with both parties to bear their own costs and attorney's fees in connection therewith.

IT IS SO STIPULATED.

DATED: April 6, 2011                SILVERMAN & ASSOCIATES

By: _[signature]_
ROBERT B. SILVERMAN
Attorneys for Plaintiff,
1 800 GET THIN, LLC

1 | DATED: April 6, 2011

VEATCH CARLSON, LLP

By: *[signature]*
KEITH G. WILEMAN
Attorneys for Defendant,
FARZIN FEIZBAKHSH, M.D.

I:\WP\01606561\PLD-stip re dismissal of third cause of action.wpd

STIPULATION TO DISMISS THIRD CAUSE OF ACTION WITHOUT PREJUDICE