**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC, | **CASE NO. CV11-00767 CAS (FFMx)** |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION TO DISMISS THIRD CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICES WITH PREJUDICE** |
| FARZIN FEIZBAKHSH, M.D. a.k.a. DR. FEIZ; THEODORE KHALILI, M.D. a.k.a. DR. TED KHALILI; and DOES 1 - 10, inclusive, | |
| Defendants. | |

HAVING READ AND DULY CONSIDERED THE STIPULATION plaintiff 1 800 GET THIN, LLC and defendant FARZIN FEIZBAKHSH, M.D. that the Third Cause of Action in the First Amended Complaint on file herein be dismissed with prejudice, with both sides to bear their own costs and attorney's fees, and good cause appearing therefor,

**IT IS SO ORDERED.**

DATED: April 7, 2011          By:_____
                                    **CHRISTINA A. SNYDER**
                                    **UNITED STATES DISTRICT JUDGE**