UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-767 CAS (FFMx) | Date | April 12, 2011 |
|---|---|---|---|
| Title | 1 800 GET THIN, LLC v. FARZIN FEIZBAKHSH ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(In Chambers:) EX PARTE APPLICATION FOR ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTIONS AND FOR LIMITED DISCOVERY** (filed 4/6/11)

Having considered the application submitted by plaintiff, and the opposition of defendant Dr. Farin Feizbakhsh, filed April 7, 2011, the Court finds that plaintiff has not shown good cause for this Court to order the limited discovery requested. The Court further finds that good cause has not been shown for a forty-five day delay of the hearing currently scheduled for May 2, 2011. The Court finds, however, that a continuance of fourteen days is reasonable. The Court therefore continues the hearing on defendant's motions currently set for May 2, 2011 to May 16, 2011 at 10:00 A.M. All opposing and reply papers shall be filed according to the Local Rules of Court based on that new date.

IT IS SO ORDERED.

00 : 00

Initials of Preparer  CMJ