**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

KEITH G. WILEMAN, State Bar No. 111225
kwileman@veatchfirm.com

Attorneys for Defendant,
FARZIN FEIZBAKHSH, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FARZIN FEIZBAKHSH, M.D. a.k.a. DR. FEIZ; THEODORE KHALILI, M.D. a.k.a. DR. TED KHALILI; and DOES 1 - 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV11-00767 CAS (FFMx)<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BY COURT PURSUANT TO COURT'S AUGUST 12, 2011 ORDER ON MOTIONS TO DISMISS |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On August 12, 2011, the Court entered its Order on the motions to dismiss of defendants Farzin Feizbakhsh, M.D. and Ted Khalili, M.D. (Document 39.) Plaintiff was ordered to file a Second Amended Complaint within thirty (30) days of the issuance of that Order or face potential dismissal of its claim with prejudice. Thirty-two (32) days have passed since the issuance of the Court's Order, and no Second Amended Complaint has been filed. Accordingly, defendant Farzin Feizbakhsh, M.D. hereby requests that the Court now dismiss this entire action with prejudice.

///

///

- 1 -
REQUEST FOR DISMISSAL FOR FAILURE TO FILE AMENDED COMPLAINT

1  DATED: September 13, 2011

Respectfully submitted,
**VEATCH CARLSON, LLP**

By: _____
**KEITH G. WILEMAN**
Attorneys for Defendant,
**FARZIN FEIZBAKHSH, M.D.**

I:\WP\01606561\PLD-request for dismissal by court.wpd

- 2 -
REQUEST FOR DISMISSAL FOR FAILURE TO FILE AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On September 13, 2011, I electronically filed the foregoing **REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BY COURT PURSUANT TO COURT'S AUGUST 12, 2011 ORDER ON MOTIONS TO DISMISS** with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this certificate of service was executed this 13th day of September, 2011.

_____
KEITH G. WILEMAN