1  **SILVERMAN & ASSOCIATES**
   **ROBERT B. SILVERMAN SBN 170517**
2  **25 S. OAK KNOLL AVE., SUITE 504**
   **PASADENA, CA 91101**
3  **TEL: (714) 936-7499**
   **FAX: (888) 308-5099**
4

5

6              UNITED STATES DISTRICT COURT

7            FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                     WESTERN DIVISION

9

10 | 1 800 GET THIN, LLC,              ) Case Number: 11-CV-767-CAS
                                       ) (FFMx)
11 |           Plaintiff,              )
                                       ) [Before the Hon. Christina A. Snyder]
12 |     vs.                           )
                                       ) Supplemental Opposition to Request to
13 |                                   ) Dismiss Case
   | Farzin Feizbakhsh, MD aka Dr. Feiz;)
14 | Does 1-10, inclusive;             ) **NO HEARING DATE SET**
                                       )
15 |                                   )
                                       )
16 |           Defendants              )

17

18       Plaintiff 1 800 GET THIN, LLC ("Plaintiff" or "GET THIN") hereby

19 supplements its previous opposition to Defendant Farzin Feizbakhsh, M.D.'s

20 ("Feiz") Request to Dismiss Case. Plaintiff's counsel timely filed its Second

21 Amended Complaint electronically yesterday at 10:00 a.m. (See Docket Entry 42)

22 as promised in Plaintiff's previous opposition statement (See Docket Entry 41).

23       In response to the Court's Notice to Filer of Deficiencies (Docket Entry 44),

24 Plaintiff manually filed its Second Amended Complaint this morning, and a

25 courtesy copy was delivered to chambers. A copy of the Second Amended

26 Complaint will be electronically e-mailed to the Clerk's Office before the close of

27 business today.

28

                                    1                Supplemental Opposition to Request
                                                     to Dismiss

Plaintiff's counsel apologizes to the Court and Defendant Feiz's counsel for any confusion.

***Defendant Faiz has not suffered any prejudice by the delay in the filing of the Second Amended Complaint.***

Dated this 16th day of September, 2011

        **SILVERMAN & ASSOCIATES**

        */s/ Robert B. Silverman*
        Robert B. Silverman
        Attorneys For Plaintiff

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 16th day of September, 2011.

/s/ Robert B. Silverman