**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

KEITH G. WILEMAN, State Bar No. 111225
kwileman@veatchfirm.com

Attorneys for Defendant,
FARZIN FEIZBAKHSH, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FARZIN FEIZBAKHSH, M.D. a.k.a. DR. FEIZ; THEODORE KHALILI, M.D. a.k.a. DR. TED KHALILI; and DOES 1 - 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV11-00767 CAS (FFMx)<br><br>[███████] FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BY COURT PURSUANT TO COURT'S AUGUST 12, 2011 ORDER ON MOTIONS TO DISMISS<br><br>**DENIED** |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On August 12, 2011, the Court entered its Order on the motions to dismiss of defendants Farzin Feizbakhsh, M.D. and Ted Khalili, M.D. (Document 39.) Plaintiff was ordered to file a Second Amended Complaint within thirty (30) days of the issuance of that Order or face potential dismissal of its claim with prejudice. Thirty-two (32) days have passed since the issuance of the Court's Order, and no Second Amended Complaint has been filed. Accordingly, defendant Farzin Feizbakhsh, M.D. hereby requests that the Court now dismiss this entire action with prejudice.

///

///

- 1 -

REQUEST FOR DISMISSAL FOR FAILURE TO FILE AMENDED COMPLAINT

1  DATED: September 13, 2011

Respectfully submitted,
VEATCH CARLSON, LLP

By: _____
KEITH G. WILEMAN
Attorneys for Defendant,
FARZIN FEIZBAKHSH, M.D.

I:\WP\01606561\PLD-request for dismissal by court.wpd

IT IS SO ORDERED.

DATED: 09/16/2011

_____
UNITED STATES DISTRICT JUDGE

**DENIED**

- 2 -
REQUEST FOR DISMISSAL FOR FAILURE TO FILE AMENDED COMPLAINT