# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 800 GET THIN, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FARZIN FEIZBAKHSH, M.D. a.k.a. DR. FEIZ; and DOES 1 - 10, inclusive, <br><br> Defendants. | JS-6 <br> **CASE NO. CV-11-00767 CAS (FFMx)** <br><br> **JUDGMENT IN FAVOR OF DEFENDANT FARZIN FEIZBAKHSH, M.D. AND AGAINST PLAINTIFF 1 800 GET THIN, LLC** |

The motion (Doc. # 49.) of defendant Farzin Feizbakhsh, M.D. ("defendant") to dismiss (pursuant to Rule 12(b)(6)) and to strike (pursuant to California Code of Civil Procedure §425.16) the second amended complaint (Doc. # 42.) of plaintiff 1 800 Get Thin, LLC ("plaintiff") came on for regularly noticed hearing on November 7, 2011, was argued by counsel, and taken under submission by the Court.

On November 7, 2011 the Court issued its Order (Doc. # 54.) granting the motion, dismissing the second amended complaint with prejudice, and awarding defendant $800.00 in attorney's fees in addition to the $800.00 in attorney's fees it had already awarded defendant in connection with his motion to dismiss the first amended

complaint.

Accordingly, the Court now ORDERS that judgment be, and hereby is, entered in favor of defendant and against plaintiff, and that plaintiff pay to defendant the sum of $1,600.00 in attorney's fees pursuant to California Code of Civil Procedure § 425.16.

IT IS SO ORDERED.

DATED: 11/15/11

_____
Honorable Christina A. Snyder
United States District Judge